UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DENNIS BERGERON,

    Plaintiff,

v().    **JUDGMENT**

No. 5:13-CV-204-FL

PRESTIGE WEALTH
MANAGEMENT LLC,

    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon frivolity review of plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 17, 2013, and for the reasons set forth more specifically therein, that this matter is dismissed due to lack of subject matter jurisdiction. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on December 17, 2013, and Copies To:**
Dennis Bergeron (via U.S. Mail) Wake County Jail, PO Box 2419, Raleigh, NC 27602

December 17, 2013    JULIE A. RICHARDS, CLERK
    /s/ Christa N. Baker
    (By) Christa N. Baker, Deputy Clerk